UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
DAYTON DIVISION

---

**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 7, 2011, Pacquaio/Mosley** Broadcast,

       Plaintiff,

-against-

STEVEN K. ROSS, SR., Individually, and as officer, director, shareholder and/or principal of FOX II LLC, d/b/a SILVER FOX GRILL & BAR, a/k/a FOX II,

and

FOX II LLC, d/b/a SILVER FOX GRILL & BAR, a/k/a FOX II,

       Defendants.

---

**DEFAULT JUDGMENT**

Civil Action No. 3:12-CV-00041-TMR

  The Summons and Complaint in this action having been duly served upon the Defendants, STEVEN K. ROSS, SR., Individually, and as officer, director, shareholder and/or principal of FOX II LLC, d/b/a SILVER FOX GRILL & BAR, a/k/a FOX II, and FOX II LLC, d/b/a SILVER FOX GRILL & BAR, a/k/a FOX II, on March 10, 2012 and March 14, 2012, and said Defendants having failed to plead or otherwise appear in this action,

  **NOW**, on motion of WAYNE D. LONSTEIN, of counsel to LONSTEIN LAW OFFICE P.C., attorneys for the Plaintiff, it is hereby

 **ORDERED AND ADJUDGED** that J&J Sports Productions, Inc., the Plaintiff, does recover jointly and severally of, **STEVEN K. ROSS, SR., Individually, and as officer, director, shareholder and/or principal of FOX II LLC, d/b/a SILVER FOX GRILL & BAR, a/k/a FOX II, a total award of THIRTY SEVEN THOUSAND FOUR HUNDRED NINETY DOLLARS AND TWENTY FIVE CENTS ($37,490.25)** consisting of:

  1) TEN THOUSAND DOLLARS ($10,000.00) pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) and

2)      TWENTY FIVE THOUSAND DOLLARS ($25,000.00) pursuant to 47 U.S.C. § 605(e)(3)(C)(ii), for Defendant's willful violation of 47 U.S.C. § 605(a); and

3)      Pursuant to 47 U.S.C. § 605(e)(3)(B)(iii), in the discretion of the Court, costs and attorney fees of TWO THOUSAND FOUR HUNDRED NINETY DOLLARS AND TWENTY FIVE CENTS ($2,490.25);

and it is further,

**ORDERED AND ADJUDGED** that J&J Sports Productions,, Inc., the Plaintiff, does recover jointly and severally of **FOX II LLC, d/b/a SILVER FOX GRILL & BAR, a/k/a FOX II, a total award of THIRTY SEVEN THOUSAND FOUR HUNDRED NINETY DOLLARS AND TWENTY FIVE CENTS ($37,490.25)** consisting of:

1)      TEN THOUSAND DOLLARS ($10,000.00) pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) and

2)      TWENTY FIVE THOUSAND DOLLARS ($25,000.00) pursuant to 47 U.S.C. § 605(e)(3)(C)(ii), for Defendant's willful violation of 47 U.S.C. § 605(a); and

3)      Pursuant to 47 U.S.C. § 605(e)(3)(B)(iii), in the discretion of the Court, costs and attorney fees of TWO THOUSAND FOUR HUNDRED NINETY DOLLARS AND TWENTY FIVE CENTS ($2,490.25).

and it is further,

**ORDERED AND ADJUDGED** that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay in this Default Judgment as the interest of justice require the issuance of judgment as requested without further delay.

Dated: June 12 , 2012                                    s/Thomas M. Rose
                                                        _____
                                                        **HON. THOMAS M. ROSE**
                                                        United States District Judge